IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No.  3:19-CR-068 (4) |
| vs. | : | HONORABLE WALTER H. RICE |
| ELMIARI, Mahmoud | : | |
| Defendant | : | |

ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on April 18, 2019 and removes the following condition:

*Submit to random urinalysis testing as directed by the U.S. Pretrial Services Office.*

All other bond conditions remain in full force and effect.

Date: 06/29/2020

(tp - per Judge Rice authorization after his review)

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE